UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOMBARDIER CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05 CV 546 DDN |
| ) | |
| AMERICAS MANUFACTURED HOMES, ) | |
| INC., DAVID L. VILLMER, and ) | |
| MARY JO VILLMER, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that, on or before July 24, 2006, the parties shall advise the court in writing of the status of the bankruptcy proceedings of defendants Dave and Mary Jo Villmer.

---------------------------------
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on July 11, 2006.